IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RODERICK ADDERLEY, ET AL, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | NO. 4:00-CV-458-A |
| § | |
| GUY A. GIBSON, ET AL, § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT OF REMAND

Consistent with the order signed by the court this same day,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, remanded to the state court from which it was removed.

SIGNED August 15, 2000.

JOHN McBRYDE
United States District Judge